No. 1176. WILSON *v.* WIMAN, REFORMATORY SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied. *John David Cole* for petitioner. *John B. Breckinridge,* Attorney General of Kentucky, and *Charles W. Runyan,* Assistant Attorney General, for respondent.

MR. JUSTICE FORTAS, with whom THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS join, would grant certiorari in this case. In 1933 and 1935 petitioner was convicted in the state courts of Kentucky of housebreaking. In 1964, he was convicted of storehouse breaking. The earlier convictions were used in evidence pursuant to the Kentucky recidivist statute. Petitioner was sentenced to life in prison. The trial judge did not instruct the jury that the prior convictions could be used only for the limited purpose of the recidivist statute. I believe that we should hear this case to determine whether it is governed by *Spencer* v. *Texas,* 385 U. S. 554 (1967), and if so whether *Spencer* v. *Texas* should be reconsidered. See the separate opinion of THE CHIEF JUSTICE, in which I joined, 385 U. S., at 569, and the dissent of MR. JUSTICE BRENNAN, in which MR. JUSTICE DOUGLAS joined, 385 U. S., at 587.

No. 1189. KRISEL *v.* DURAN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Maurice M. Krisel, pro se,* and *Benjamin M. Cardozo, Michael H. Cardozo IV* and *Roman Beck* for petitioner. *Jose C. Aponte,* Attorney General of Puerto Rico, *William D. Rogers* and *Robert A. Bicks* for respondents.

No. 1260, Misc. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.